# LA REDDOLA LESTER
## & ASSOCIATES, LLP
### ATTORNEYS AT LAW

600 Old Country Road, Suite 224, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com

Steven M. Lester
Robert J. La Reddola •

Michael A. Feinstein

•Also Admitted in CT

rjl@llalawfirm.com

Of Counsel:

Santo Golino •
Hollis B. Deleonardo
Brian W. Shaw

NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

July 7, 2014

Hon. Sandra J. Feuerstein
U. S. District Court Judge
Eastern District of New York
100 Federal Plaza, Room 1014
Central Islip, New York 11722

**Re:** **Panzella *et al.* v. County of Nassau *et. al.***
**13 –CV-5640 (SJF)(WDW)(United States**
**District Court, E.D.N.Y.)**
**Proposed Consent Order**

Dear Justice Feuerstein:

In our July 3, 2014 letter, we incorrectly stated that we were scheduled to report back to Your Honor on Monday, July 7, 2014 in the above matter. We sincerely apologize for any confusion as the status conference is set for Wednesday, July 9, 2014 at 11;15 a.m.

We thank Your Honor for your prompt attention to this matter.

Very truly yours,

Robert J. La Reddola
RJL:maf/ker
cc:     Ralph J. Reissman, Esq. (via ECF only)

S:\DOCS\RJL\Panzella, Christine-Civil Rights\Feuerstein letter (karen final) 7 7 2014.doc