# LA REDDOLA LESTER & ASSOCIATES, LLP
## ATTORNEYS AT LAW

600 Old Country Road, Suite 224, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com
rjl@llalawfirm.com

NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

Steven M. Lester
Robert J. La Reddola •

Joseph F. Bilotto
(Admission Pending)

•Also Admitted in CT

Of Counsel:

Santo Golino •
Hollis B. Deleonardo
Brian W. Shaw

January 14, 2016

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: Christine Panzella v. County of Nassau Sheriff's Department, *et al.*
      13-CV-5640 (JMA)(SIL)

Dear Judge Azrack:

  The attached information was just presented to me this morning. I am filing it today with the hope that it may be useful for the purposes of today's conference.

Respectfully Submitted,

_____/s/_____
Robert J. La Reddola

cc: Ralph J. Reissman, Esq.
   Deputy County Attorney (via ECF)

# Robert J. La Reddola

| | |
|---|---|
| **From:** | J. Almazon <jalmazon@yahoo.com> |
| **Sent:** | Thursday, January 14, 2016 9:59 AM |
| **To:** | Robert J. La Reddola |
| **Subject:** | Re: Sheriff Return |
| **Attachments:** | almazon-guns.pdf |

Good morning Robert,
I am writing you to let you know that my hunting rifles are being held by the sheriffs office and that they can't release them because of a class action law suite. Detective Masterpine has informed that I need to wait until the case is over and i don't need an "article 78". My order of protection ran out on February 2012. The Detective also told me that there are a lot of people in my situation.

Can you help me get back my property - its been 4 years!
Regards,
Jonel Almazon
646-833-5952


**From:** Robert J. La Reddola <rjl@llalawfirm.com>
**To:** "jalmazon@yahoo.com" <jalmazon@yahoo.com>
**Sent:** Thursday, January 14, 2016 9:43 AM
**Subject:** Sheriff Return

Thank you for your call. A letter which I can present to the court may help.

Robert J. La Reddola, Esq.

La Reddola, Lester & Associates, LLP
600 Old Country Road, Suite 224
Garden City, New York 11530

LINY:(516) 745-1951
NYC: (646) 415-8171
NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender at (516) 745-1951 or by replying to this e-mail and delete the message and any attachment(s) from your system.  Thank you.

# NASSAU COUNTY SHERIFF'S DEPARTMENT

1200 OLD COUNTRY ROAD
WESTBURY, N.Y. 11590
(516) 571-9050

PAGE ____ OF ____

## PROPERTY/FIREARMS RECEIPT

DOCKET # O-1298-11

RECEIVED FROM: ALMAZON, JONEL                         DATE 2/14/11

( ) PETITIONER   ( ) RESPONDENT   (X) OTHER

|    | MAKE/ MODEL # | SERIAL NUMBER | CALIBER | MISC. |
|----|---------------|---------------|---------|-------|
| 1. | BROWNING      | 08120RP117    | 7MM     | SCOPE |
| 2. | MARLIN        | 96004222      | 30/30   | SCOPE |
| 3. | WINCHESTER    | 5311173       | 30/30   | SCOPE |
| 4. | WINCHESTER    | GZ105464      | 7MM     | SCOPE |
| 5. | WINCHESTER    | 6286994       | 30/30   | SCOPE |
| 6. | BROWNING      | 64844NR8CY    | 7MM     | SCOPE |
| 7. | MOSSBERG      | K026441       | 12G     | SCOPE |
| 8. |               |               |         |       |
| 9. |               |               |         |       |
| 10.|               |               |         |       |
| 11.|               |               |         |       |
| 12.|               |               |         |       |

LOCATION: 400 LOCUST LANE, ROSLYN HEIGHTS NY

COMMENTS: _____

D/S SIGNATURE _____ SHIELD 71 DATE 2/14/11
SURRENDERING PARTY'S SIGNATURE _____ DATE 2/14/11
PRINT NAME JONEL ALMAZON

CC-3053. Rev. 12/

### ARMORY USE ONLY

Received From _____ Shield _____ Date _____
Received By _____ Shield _____ Date _____
NCSD Lot # _____
Location _____

Distribution:
WHITE-Surrendering Party • BLUE-Deputy Sheriff • GREEN-Property Records • CANARY-Gun Room • PINK-Training Academy • GOLDENROD-Supervisor