

Steven M. Lester
Robert J. La Reddola •

Joseph F. Bilotto
(Admission Pending)

•Also Admitted in CT

600 Old Country Road, Suite 224, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com
rjl@llalawfirm.com

NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

Of Counsel:

Santo Golino •
Hollis B. Deleonardo
Brian W. Shaw

January 14, 2016

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Christine Panzella v. County of Nassau Sheriff's Department, *et al.*
              13-CV-5640 (JMA)(SIL)

Dear Judge Azrack:

    Thank you for your time and effort today in discussing the within matter. After court I discussed the matter with my client.

    We would like to submit a formal settlement proposal including a stipulation and order for review by your Honor and the County along the lines discussed in court today, distinguishing the facts of Panzella and allowing ***Dudek v. County*** to proceed.

    If Mr. Almazon is correct and the Sheriff is no longer requiring a court order to return firearms anyway, both cases may be resolvable.

    I anticipate having this proposal ready by Monday afternoon, and would submit it by facsimile only and e mail to Mr. Reissman.

                                                                    Respectfully Submitted,

                                                                    _____/s/_____
                                                                      Robert J. La Reddola

cc:    Ralph J. Reissman, Esq. (via ECF)
        Deputy County Attorney (via ECF)